IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ O.C.

05 MAY 25  AM 11: 46

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

INVENTORY LOCATOR SERVICE, LLC,

    Plaintiff,

VS.                                NO. 02-2695-Ma/P

PARTSBASE, INC.,

    Defendant.

---

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the May 24, 2005 motion for admission *pro hac vice* of Peter D. Marketos. Mr. Marketos is a member in good standing of the bar of the state of Texas and is admitted to practice before the Supreme Court of Texas and the United States District Court for the Northern District of Texas. Mr. Marketos has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Peter D. Marketos is admitted to participate in this action as counsel for Plaintiff.

IT IS SO ORDERED this 25th day of May, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-25-05

146

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 146 in case 2:02-CV-02695 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Peter D Marketos
HAYNES & BOONE LLP
901 Main St
Ste 3100
Dallas, TX 75202

W. Paul Hankins
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

Donald C. Templin
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Travis M. Perry
HAYNES & BOONE LLP
901 Main St
Ste 3100
Dallas, TX 75202

Randall D. Noel
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT