IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 28  PM 3: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

INVENTORY LOCATOR SERVICE, LLC,

    Plaintiff,

VS.    NO. 02-2695-MaV

PARTSBASE, INC.,

    Defendant.

## ORDER OF REFERENCE

Before the court is a letter from plaintiff's counsel which the court construes as a motion for referral of a motion to dismiss to the magistrate judge. For good cause shown the motion for referral is granted. The Motion to Dismiss Defendant Partsbase's Counterclaims Due to Spoliation of Evidence, Docket Entry No. 147, filed on June 20, 2005, is hereby referred to the magistrate judge for a report and recommendation. Any exceptions to the magistrate's report shall be made within ten (10) days of her report, setting forth particularly those portions of the order excepted to and the reasons for the exceptions.

    IT IS SO ORDERED this 27th day of July, 2005.

                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 165 in case 2:02-CV-02695 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Donald C. Templin
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

Travis M. Perry
HAYNES & BOONE LLP
901 Main St.
Ste. 3100
Dallas, TX 75202

Randall D. Noel
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Peter D Marketos
HAYNES & BOONE LLP
901 Main St
Ste. 3100
Dallas, TX 75202

W. Paul Hankins
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT