FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 22 PM 3:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

|  |  |
|---|---|
| INVENTORY LOCATOR SERVICE, LLC, )<br>)<br>Plaintiff and )<br>Counter-Defendant, )<br>)<br>vs. )<br>)<br>PARTSBASE, INC., )<br>)<br>Defendant and )<br>Counter-Claimant. ) | No. 02-2695- MaV |

### ORDER REQUIRING ATTENDANCE OF PARTIES AT MEDIATION

On September 22, 2005, Judge Mays held a status conference. At the conference, he required the parties to mediate this case within thirty days. At a status conference before United States Magistrate Judge Diane K. Vescovo that same day, Judge Vescovo ordered that each party must be present at mediation. This order further clarifies the requirement that each party be present.

Each party must be represented by a person with full authority to negotiate a complete compromise and settlement. Such persons shall be present during the entire mediation process. Failure of any party to have an authorized individual present at the mediation may result in the assessment of expenses, costs and fees for all other attending parties. The participants shall exercise their best efforts to settle the case.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-26-05

174

This provision requires the presence of the client or if a corporate, governmental, or other organizational entity, a representative of the client who has both full settlement authority and the realistic freedom to exercise it without negative consequences. Any insurance company that is contractually required to defend or to pay damages or which has a subrogation interest must also have a fully authorized settlement representative present. "Full settlement authority" means:

(a) for a defendant, the representative must have authority, in the representative's own discretion, to pay a settlement amount up to plaintiff's last prayer, or up to plaintiff's last demand, whichever is lower; (b) for a plaintiff, such representative must have final authority, in the representative's own discretion, to authorize dismissal of the case with prejudice, or to accept a settlement amount down to defendant's last offer; (c) for a client that is controlled by a group, like a board of directors of a claims committee, the representative must have the authority to settle for the group as described above; (d) for an insurance company with a defense or indemnity obligation, the representative must have final settlement authority to commit the company to pay, in the representative's own discretion, an amount up to the plaintiff's last demand if within policy limits, or if not within policy limits, the limits of the policy; (e) for an insurance company with a subrogation interest in the recovery of a party, the representative must have final settlement

2

authority to commit the company to settle, in the representative's own discretion, by dismissal of the interest with prejudice, or to accept a settlement amount down to the insured's last offer.

IT IS SO ORDERED this 22nd day of September, 2005.

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 174 in case 2:02-CV-02695 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Randall D. Noel
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Peter D Marketos
HAYNES & BOONE LLP
901 Main St
Ste. 3100
Dallas, TX 75202

Donald C. Templin
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

W. Paul Hankins
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

Travis M. Perry
HAYNES & BOONE LLP
901 Main St.
Ste. 3100
Dallas, TX 75202

Honorable Samuel Mays
US DISTRICT COURT