IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

INVENTORY LOCATOR SERVICE,

    Plaintiff,

VS.                                 NO. 02-2695-Ma

PARTSBASE, INC.,

    Defendant.

ORDER RESETTING TRIAL DATE

    The court held a status conference in this matter on September 22, 2005.  Attending on behalf of plaintiff were Donald Templin, Brian Faughnan, Peter Marbetos, and Randall Noel. Attending on behalf of defendant were John McQuiston, Gene Thornton, and Michael Marshall.  For good cause shown, the court **reset** the trial of this matter to **Tuesday, November 29, 2005, at 9:30 a.m.**  The parties will submit a joint proposed pretrial order by 5:00 p.m. on November 11, 2005, and a pretrial conference will be held on Friday, November 18, 2005, at 1:30 p.m.  The trial is expected to take 8 to 10 days.

    The deadline for completing mediation is October 21, 2005. It is so ORDERED this 5th day of October, 2005.

                                      SAMUEL H. MAYS, JR.
                                      UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 178 in case 2:02-CV-02695 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

W. Paul Hankins
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Peter D Marketos
HAYNES & BOONE LLP
901 Main St
Ste. 3100
Dallas, TX 75202

Donald C. Templin
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

Travis M. Perry
HAYNES & BOONE LLP
901 Main St.
Ste. 3100
Dallas, TX 75202

Randall D. Noel
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT