IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 24  AM 7:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

INVENTORY LOCATOR SERVICE, INC., LLC,

    Plaintiff,

v.

PARTSBASE, INC.,

    Defendant.

Civil Action No. 02-2695 Ma V

## CONSENT ORDER EXTENDING TIME FOR MEDIATION

**THIS MATTER** comes before the Court on the *ore tenus* Motion of the parties for an extension of time in which to complete mediation. Based upon the statements of counsel and the record in this cause, the Court finds as follows:

1. On September 22, 2005, this Court ordered the parties to attend mediation within thirty (30) days (October 22);

2. Due to the scheduling constraints of the mediator, the parties are unable to complete mediation prior to the deadline;

3. The mediation is currently scheduled for Thursday, October 27, 2005; and

4. All parties are agreeable with the October 27, 2005, date.

**IT IS HEREBY ORDERED** that the time to mediate the above matter is extended to Thursday, October 27, 2005

_____
JUDGE
DATE: October 21, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-25-05_

/83

APPROVED:

*[signature]*

RANDALL NOEL (6405)
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
6075 Poplar Ave., Suite 500
Memphis, TN 38119
ATTORNEY FOR INVENTORY LOCATOR SERVICE

*[signature]* w/ PERMISSION
B.D.N.

JOHN MCQUISTON, II (7806)
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
ATTORNEY FOR PARTSBASE

MEMPHIS 175674v1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 183 in case 2:02-CV-02695 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Donald C. Templin
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

Travis M. Perry
HAYNES & BOONE LLP
901 Main St.
Ste. 3100
Dallas, TX 75202

Randall D. Noel
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Peter D Marketos
HAYNES & BOONE LLP
901 Main St
Ste. 3100
Dallas, TX 75202

W. Paul Hankins
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Honorable Samuel Mays
US DISTRICT COURT