IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| INVENTORY LOCATOR SERVICE, LLC, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 02-2695 Ma/V |
| PARTSBASE, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |
| | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE DENYING PLAINTIFF'S MOTION TO DISMISS**

Before the court is Plaintiff/Counter-Defendant Inventory Locator Service, LLC's ("ILS") motion to dismiss the counterclaims of Defendant/Counter-Plaintiff PartsBase, Inc. ("PartsBase") because of spoliation of the evidence, filed on June 20, 2005. In the alternative, ILS requests that the court impose an adverse inference on PartsBase as to the destruction of evidence or other sanction as the court finds appropriate. Finally, ILS requests that the court order PartsBase to pay ILS' legal fees and costs incurred in investigating, analyzing, and litigating the counterclaim.

PartsBase filed a response on July 11, 2005. ILS filed a reply in support of its motion on July 25, 2005, and PartsBase responded on August 5, 2005. This court referred the matter to

1

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on  11-21-05



the magistrate judge who held an evidentiary hearing on October 5, 2005, and filed a report on October 19, 2005, recommending that ILS' motion be denied.  ILS has not objected to the report and recommendation.  Based on the findings and conclusions of the magistrate judge, the court ADOPTS the report and recommendation and DENIES ILS' motion to dismiss or to impose other sanctions.

So ordered this 17th day of November 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 216 in case 2:02-CV-02695 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Peter D Marketos
HAYNES & BOONE LLP
901 Main St
Ste. 3100
Dallas, TX 75202

W. Paul Hankins
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Donald C. Templin
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

Travis M. Perry
HAYNES & BOONE LLP
901 Main St.
Ste. 3100
Dallas, TX 75202

Randall D. Noel
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Samuel Mays
US DISTRICT COURT