IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

INVENTORY LOCATOR SERVICE, LLC,

    Plaintiff,

VS.                                                       NO. 02-2695-MaV

PARTSBASE, INC.,

    Defendant.

---

ORDER AMENDING SCHEDULE

---

Pursuant to the plaintiff's November 10, 2005, "emergency" motion to re-open limited discovery in this matter, the court held a telephone status conference on November 16, 2005. Participating on behalf of the plaintiff were Peter Marketos and Randall Noel. Participating on behalf of the defendant were John McQuiston, Mike Marshall, and Gene Thornton. For good cause shown, the court grants the motion and amends the schedule as follows:

1. The deadline for completing discovery is extended to March 15, 2006 and is limited to the issues raised in plaintiff's motion (D.E. No. 184).

2. The deadline for completing evidentiary depositions is March 15, 2006.

3. The deadline for expert reports is April 17, 2006.

4. The deadline for filing potentially dispositive motions is May 15, 2006. Motion response time is limited to

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12-6-05_

fifteen (15) days.

5. The parties shall submit a joint proposed pretrial order by 5:00 p.m. on June 29, 2006.

6. A pretrial conference will be held on Thursday, July 6, 2006, at 9:00 a.m.

7. The jury trial is **reset** to Monday, July 17, 2006, at 9:30 a.m. and is expected to take 10 to 12 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 30th day of November, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 221 in case 2:02-CV-02695 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Donald C. Templin
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

Randall D. Noel
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC- Memphis
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Travis M. Perry
HAYNES & BOONE LLP
901 Main St.
Ste. 3100
Dallas, TX 75202

Brian S. Faughnan
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Peter D Marketos
HAYNES & BOONE LLP
901 Main St
Ste. 3100
Dallas, TX 75202

W. Paul Hankins
HAYNES AND BOONE, LLP
901 Main Street
Ste. 3100
Dallas, TX 75202--378

Honorable Samuel Mays
US DISTRICT COURT